# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA A. SHEPHERD,<br><br>                         Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>                        Defendants. | Case No.: 17cv1457-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 38) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees. The Court does not retain jurisdiction to interpret or enforce the settlement agreement.

**IT IS SO ORDERED**.

Dated: May 24, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge